# OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

851 Cherry Avenue, Suite 32 • San Bruno CA • 94066 • (650) 871-9454 • FAX (650) 376-9862

Paradise Redevelopment Company LLC
2475 Brickell Ave No. 2404
Miami, FL 33129

Date: March 23, 2022
Escrow No.: 0370017296-MP
Escrow Officer: Michele Piazza
Settlement Date: February 28, 2022

Property: 2118 Addison Ave, East Palo Alto, CA 94303

## Final Seller's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| Sales Price | | 1,300,000.00 |
| Deposit to Escrow | | 2,168.00 |
|   Deposit by Miguel Moreno | 2,168.00 | |
| Loan payoff to Rediger Investment Mortgage Fund ($747,540.08) | | |
|   Current Principal | 552,000.00 | |
|   Interest 02/18/22 through 03/03/22, 14 days @ $188.75 | 2,642.50 | |
|   Extension fee thru 2/28/21 | 2,760.00 | |
|   Trustee and Legal Fees | 9,917.84 | |
|   Wire and Notary fees | 45.00 | |
|   Demand fee | 150.00 | |
|   Late fee | 6,439.15 | |
|   Recon Fee | 45.00 | |
|   Unpaid Interest 11/1/20-11/30/20 | 4,197.50 | |
|   Unpaid Interest 12/1/20-11/30/21 | 154,826.08 | |
|   Unpaid Interest 12/1/21-12/31/21 | 5,540.70 | |
|   Unpaid Interest 1/1/22-1/31/22 | 5,594.24 | |
|   Unpaid Interest 2/1/22-2/18/22 | 3,382.07 | |
| Loan payoff to Miguel Moreno ($420,000.00) | | |
|   Payoff Per Demand | 420,000.00 | |
| Broker's Commission 5.0% | 65,000.00 | |
|   To Alliance Bay Realty | 32,500.00 | |
|   To Benyam Mulugeta Broker | 32,500.00 | |
| Agent to pay closing costs | | 2,168.00 |
| Agent | | 5,000.00 |
| Agent to pay closing costs | | 2,168.00 |
| Agent | | 5,000.00 |
| Mechanic's Lien to CAME Marketing Solutions ($33,000.00) | | |
|   Current Principal | 33,000.00 | |
| Construction Advance Reimbursement to Benyam Mulugeta | 6,000.00 | |
| Signing/Notary Services to SnapDocs | 170.00 | |
| Natural Hazard Report to Disclosure Source | 99.00 | |
| Monthly or annual Assessment plus interest to Palo Alto Park Mutual Water Company | 4,497.31 | |
| Credit for closing costs | | 4,342.42 |
| Real Estate Taxes to San Mateo County Tax Collector (063-154-020) | 8,788.52 | |
|   1st Half 2021-2022 | 7,989.57 | |
|   Penalty | 798.95 | |
| Real Estate Tax Lien to San Mateo County Tax Collector (063-154-020) | 30,186.48 | |
|   Redeem by 2/28/2022 | 30,186.48 | |
| Prorata R.E. Taxes, 01/01/22 to 02/28/22, 57 days @ $44.3865 | 2,530.03 | |
| Rental Adj. by unit | | |
|   Security Deposit | 1,500.00 | |

# OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

851 Cherry Avenue, Suite 32 • San Bruno CA • 94066 • (650) 871-9454 • FAX (650) 376-9862

Paradise Redevelopment Company LLC
2475 Brickell Ave No. 2404
Miami , FL 33129

Date: March 23, 2022
Escrow No.: 0370017296-MP
Escrow Officer: Michele Piazza
Settlement Date: February 28, 2022

Property: 2118 Addison Ave, East Palo Alto, CA 94303

## Final Seller's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| Additional Charges | | 45.00 |
| CA-Reporting and Withholding Service Fee to Old Republic Title Company | 45.00 | |
| Title Charges | | |
| Recording Fees | | 60.00 |
| Reconveyance to San Mateo County | 37.00 | |
| Release to San Mateo County | 23.00 | |
| County Transfer Tax to County of San Mateo | | 1,430.00 |
| Due To Seller | | 0.00 |
| | | |
| Total | 1,320,846.42 | 1,320,846.42 |
| Item | | Debits | Credits |
|---|---|---|---|
| Additional Charges | | 45.00 | |
|   CA-Reporting and Withholding Service Fee to Old Republic Title Company | 45.00 | | |
| Title Charges | | | |
| Recording Fees | | 60.00 | |
|   Reconveyance to San Mateo County | 37.00 | | |
|   Release to San Mateo County | 23.00 | | |
| County Transfer Tax to County of San Mateo | | 1,430.00 | |
| Due To Seller | | 0.00 | |
| Total | | 1,320,846.42 | 1,320,846.42 |

MP/vd
Seller's Settlement Statement

March 23, 2022 8:12 AM
Page 2 of 2

Case: 21-50596   Doc# 75-1   Filed: 09/13/22   Entered: 09/13/22 15:56:24   Page 2 of 2