Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113
Zlotofflaw@gmail.com
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Paradise Redevelopment | ) Case No. 10-54749 SLJ |
| Company, LLC, | ) |
| | ) REQUEST FOR |
| | ) FINAL DECREE |
| | ) |
| | ) Date: |
| | ) Time: |
| Debtor | ) |
| | / |

The Application of the Debtor respectfully represents that

1. A Plan of Reorganization ("Plan") was filed on September 2, 2021, and confirmed on November 19, 2021.

2. A Final Report was filed on November 30, 2022.  It indicated that after sale of Debtor's real property, its only asset, payments were not able to trickle down to any classes of creditors below the classes  secured by the real property.

3. The estate is fully administered, and there is no further business to transact.

- 1

WHEREFORE, Debtor requests that the Court direct the clerk to enter a final decree.

2/20/2023           /s/Stanley Zlotoff